## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **PATRICIA SAUNDERS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: RWT 11cv1658 |
| | * | |
| **I.Q. DATA INTERNATIONAL, INC.** | * | |
| | * | |
| Defendant. | * | |
| | * | |

### SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counter-claims, cross-claims, third-party claims and attorney's fees, if any. Accordingly, pursuant to Local Rule 111, it is this 25th day of October, 2011, by the United States District Court for the District of Maryland, hereby

**ORDERED** that this action is **DISMISSED** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is **WITHOUT PREJUDICE** to the right of a party to move for good cause within **30 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be **WITH PREJUDICE**.

_/s/_
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
